Filed at 10:32 A M
4/26, 2022
BLL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 7:22-CR-13 |
| JONATHAN E. HANCOCK, | : | |
| Defendant. | : | |

## PLEA

I, **JONATHAN E. HANCOCK**, having been advised of my Constitutional rights, and having had the charges in the above-styled indictment stated to me in open court, hereby enter a plea of **NOT GUILTY**, this 26th day of April, 2022.

_____
JONATHAN E. HANCOCK
DEFENDANT

_____
JASON MOON
ATTORNEY FOR DEFENDANT

_____
MATTHEW REDAVID
ASSISTANT UNITED STATES ATTORNEY