# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
|    Plaintiff               * | |
|                                      * | CASE NO.: 7:22-CR-013 |
| vs.                              * | |
|                                      * | |
| JONATHAN E. HANCOCK,     * | |
|    Defendant.            * | |

## MOTION TO CONTINUE

COMES NOW the Defendant, Jonathan E. Hancock, and hereby moves this Honorable Court to Continue the Trial Week from the Specially Set Trial Term scheduled for June 20, 2022. In support of the proposed Motion, the Defendant shows the following:

1.

The Defendant appeared before the Hon. Thomas Q. Langstaff for his initial appearance on Tuesday, April 26, 2022, at which time he entered a plea of not guilty.

2.

That the Defendant was detained by the Court after a hearing on pretrial release the same date.

3.

The Defendant has not yet received discovery from the Government. Counsel has not yet reviewed discovery to determine the necessity of pretrial motions, nor has he had the opportunity to review the discovery with his client. The Government has forwarded a plea agreement to undersigned Counsel to review with the Defendant.

4.

The Defendant would request the pending specially set trial term be continued to allow the undersigned an opportunity to discuss plea negotiations with the Government and review the discovery with his client.

5.

Counsel for the Defendant has reviewed this motion with the AUSA Katelyn Semales on behalf of the Government, and she does not oppose said request to continue.

Accordingly, Mr. Hancock respectfully requests this Motion to Continue be granted. The ends of justice require this continuance and the period of this continuance shall be excludable under the Speedy Trial Act (18 U.S.C. §3161).

Respectfully submitted, this 3rd day of May, 2022.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law

# CERTIFICATE OF SERVICE

This is to certify that I have on this day I have served on counsel for the Government a copy of this Motion to Continue via electronic mail and through the Court's CM/ECF System.

This 3rd day of May, 2022.

/s/ Jason B. Moon
Jason B. Moon
Attorney at Law

Address of Counsel:
119 W. North St. (31601)
P.O. Box 866
Valdosta, GA 31603-0866
Telephone: (229) 247-0715
State Bar No. 517955
Email: jason@valdostagalawyer.com