IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:22-CR-13 (WLS-TQL-1) |
| JONATHAN E. HANCOCK, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

    Presently before the Court is Defendant's Unopposed Motion to Seal Documents (Doc. 37), which was filed on April 17, 2023. Therein, Defendant requests that this Court seal the proposed Sentencing Memorandum and Exhibits that were emailed to the Court. (Doc. 37). Defendant states that the said documents need to be sealed to preserve private information of the case from being disclosed to the public and that the Government does not oppose the Motion. (*Id.*)

    After reviewing the Sentencing Memorandum and Exhibits sent to the Court, the Court finds good cause exists to seal the said documents. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, Defendant's Unopposed Motion to Seal Documents (Doc. 37) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Sentencing Memorandum and Exhibits that were emailed by the Defense Counsel under seal to be made available only to the Parties' Counsel, the United States Probation Office, and the Court. The Sentencing Memorandum and Exhibits thereto shall remain sealed until further order of the Court.

    **SO ORDERED**, this __18th__ day of April, 2023.

                                                      /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**